UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KIM LAUGA | CIVIL ACTION |
| V. | NO. 16-14022 |
| APPLIED-CLEVELAND HOLDINGS, INC. ET AL | SECTION "H"(3) |

## JUDGMENT

For reasons issued July 20, 2018 (Doc. 102);

**IT IS ORDERED, ADJUDGED AND DECREED** that summary judgment be granted in favor of defendants, Metropolitan Life Insurance Company, Applied Consultants, Inc., & Applied-Cleveland Holdings, Inc., and plaintiff's claims are hereby **DISMISSED**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff's claim for attorney's fees is **DENIED.**

Signed in New Orleans, Louisiana, this 20th day of July, 2018.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE